**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1264

JIHUI ZHANG,

　　　　　　　Plaintiff - Appellant,

　　　　v.

FEDERATION OF STATE MEDICAL BOARDS; NATIONAL BOARD OF MEDICAL EXAMINERS; PROMETRIC,

　　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Catherine C. Eagles, District Judge. (1:11-cv-00129-CCE-PTS)

Submitted: May 31, 2012　　　　　　　　Decided: June 5, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jihui Zhang, Appellant Pro Se. Jon Berkelhammer, Patrick Michael Kane, SMITH MOORE LEATHERWOOD LLP, Greensboro, North Carolina; Benjamin R. Norman, Reid Lloyd Phillips, BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, Greensboro, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jihui Zhang appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Zhang v. Fed'n of State Med. Bds.</u>, No. 1:11-cv-00129-CCE-PTS (M.D.N.C. Feb. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>